# In the United States District Court
## for the Southern District of Georgia
### Savannah Division

RICKY GREEN,                          )
                                      )
    Plaintiff,                   )
                                      )
v.                                    )      CV 418-210
                                      )
LT. BILLY CUNNINGHAM, *et al.*,       )
                                      )
    Defendants.                  )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this ___7___ day of January, 2019.


HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA